EDKy-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CIVIL MINUTES-TRIAL-DAY 1

COVINGTON   Case No. 2: 24-CV-051-DCR   at: COVINGTON   Date: July 22, 2025

Alexander Kallmeyer v. Samuel Mathews

DOCKET ENTRY: The jury trial commenced following a brief meeting with counsel and the parties. The Court outlined jury selection and trial procedures. Voir dire was completed. During voir dire, plaintiff's attorney, Paul Hill, was held in summary contempt of Court for actions taken during a bench conference in the presence of a juror. The Court took the penalty to be imposed under advisement. The parties did not object to any of the strikes exercised. Preliminary jury instructions were given to the jury followed by opening statements of counsel. The plaintiff's counsel commenced the presentation of Kallmeyer's case-in-chief. Plaintiff's renewed Motion in Limine regarding joint exhibit 8 is **OVERRULED** for the reasons stated on the record. Following close of the plaintiff's case the defendant's motion for judgment filed pursuant to Rule 50 of the Federal Rules of Civil Procedure was **OVERRULED** regarding the substantive claim and the defense of qualified immunity; however, the issue regarding punitive damages was **TAKEN UNDER ADVISEMENT.** An instructions conference was held pursuant to Rule 51 of the Federal Rules of Civil Procedure. Defendant's objection to Jury Instruction related to punitive damage is **OVERRULED.** Defendant's renewed motion for judgment pursuant to Rule 50 is noted for the record, with the same ruling previously noted.

PRESENT: HON. DANNY C. REEVES, U.S. DISTRICT JUDGE

Taylor Boesch          Lauren Gootee
Deputy Clerk           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

David M. Blank                           Jeffrey C. Mando
Paul J. Hill                             Casmir Michael Thornberry

X JURY TRIAL. The Jury impaneled and sworn as follows:

(1) #589        (5) #571
(2) #630        (6) #561
(3) #637        (7) #643
(4) #574        (8) #576

X Opening Statement for plaintiff and defendant.

X Introduction of Evidence for plff   X begun   ___ resumed   X concluded.

X Defense rests without presenting any evidence.

___ Rebuttal evidence ___ begun ___ not concluded. ___ Surrebuttal evidence.

___ Closing arguments for plaintiffs and defendant.

X Continued to **Wednesday, July 23, 2025,** at **9:30 a.m.,** with counsel present at 9:00 a.m. for further trial.

Copies: COR, D, JC

TIC:

Prelim. Hrg: .12
JT: 6.15
Deputy Clerk: tdb