Eastern District of Kentucky
FILED

JUL 2 3 2025

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| ALEXANDER KALLMEYER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2: 24-051-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| SAMUEL MATHEWS, | ) | **VERDICT FORM** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

## **LIABILITY**

### **Excessive Force - 42 U.S.C. § 1983**

(1) Regarding the plaintiff's claim of excessive force, we unanimously find for:

_____ Plaintiff Alexander Kallmeyer

✓ Defendant Samuel Mathews

If you find in favor of Defendant Mathews on the above claim, mark the verdict, stop here, and sign on the last page.

If you find in favor of Plaintiff Kallmeyer on the above claim, mark the verdict above and move on to the next question.

## **DAMAGES**

(1) If you find for Plaintiff Kallmeyer on the excessive force claim, indicate the amount of compensatory damages he is entitled to recover.

We unanimously find compensatory damages as follows:

$_____

(2) If you find for Plaintiff Kallmeyer on the excessive force claim and have awarded compensatory damages, then you may also award punitive damages if Defendant Mathews' conduct was malicious, or in reckless disregard of Kallmeyer's rights.

We unanimously impose punitive damages as follows:

$ _____

FOREPERSON (NUMBER)
57/

July 23, 2025
DATE